IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTONIO SMITH and
VERONICA A. HORNBUCKLE

CIVIL COMPLAINT

Vs.

CASE NO. 05 - 140

DELAWARE FIRST
FEDERAL CREDIT UNION

_____/

## CAUSE OF ACTION CIVIL COMPLAINT

## AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs sue and file this civil complaint for their cause of action against the Defendants Alleges and state as follows;

### ALLEGATIONS COMMON TO ALL CAUSE OF ACTION

1. This law suit is a cause of action for violation of the Fourteenth Amendment of the United States Constitution (Due Process), Breach of Contract (Breach of Duty), Intentional Misrepresentation (Fraud) and Intentional Emotional Distress (Pain and Suffering).

2. That the Plaintiffs sue the Defendants for $250,000.00 in U.S. Currency for Compensatory Damages and Punitive Damages to be determine at jury trial.

### II. JURISDICTION

3. That the Plaintiffs resident is located at 27 Gershwin Circle Newark, Delaware. That the Defendants is a Federal Bank Credit Union doing business at 1815 Newport Gap Pike Wilmington, Delaware. That this court has jurisdiction and therefore will be heard before this honorable court.

1

## III. GENERAL ALLEGATIONS

4. On or around December 28, 2004 the Plaintiffs went to fill out legal documents to not authorize Hertz Corporation to ceased any debit transaction on card based being replace by another card.

5. The representative had the Plaintiffs to sign the Legal documents and told them that the account was flag and everything was ok.

6. The Plaintiffs left under the impression that there should not be any transactions allowed on the debit card on that particular debit card from this merchant.

7. From December 29, 2004 thru January 2005, there was no transaction from said merchant HertzCorp.

8. On or around February 11, 2005 merchant Hertz rental car submit to the Plaintiff debit card in the Amount of $5652.95 with out the Plaintiffs authorization or knowledge. See Exhibit- A

9. Delaware First Federal Credit Union never inform or sent any notices of this extremely large transaction amount to the Plaintiffs and intentionally and knowingly cover up the transaction. Plaintiffs did not have said amount in the account and was unaware of what had happened.

10. On or around February 24, 2005 the Plaintiffs went to make a withdrawal from said account with debit card and was advised to see financial institution. See Exhibit-B

11. On or around February 25, 2005 the Plaintiffs went to cash a check and was inform by the bank teller that the account was overdrawn by $5,652.95. The Plaintiffs was immediately in shock and was traumatize because the Plaintiffs had written previous checks to pay some bills.

Exhibit-A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/23/2005 | 02/22/2005 | 10:27 | 331 | 570 | 9010 | 546 | (30.00) | (30.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/23/2005 | 02/22/2005 | 10:27 | 992 | 570 | 9010 | 550 | (30.00) | (170.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/11/2005 | 06:59 | 934 | 371 | 9010 | 606535 | (5,532.95) | (5,652.95) F |
| Electronic Withdrawal - HERTZ RENT-A-CAR MIAMI FL27763019 (STMT KEY = 88888888) | | | | | | | | Regulation E |
| 02/24/2005 | 02/11/2005 | 06:59 | 995 | 570 | 9010 | | (30.00) | (5,682.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/23/2005 | 09:12 | 996 | 570 | 9010 | 550 | (30.00) | (5,717.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/25/2005 | 13:52 | 997 | 530 | 3012 | 27895090 | 749.17 | (4,963.78) F |
| ACH Deposit - GIGENERAL MOTORS (STMT KEY = 00000100) | | | | | | | | Regulation E |

*Exhibit-B*



**PNCBANK**

SAVE $$$ AT WAWA
NO ATM SURCHARGE
BANKS FEES MAY APPLY

022405   0638PM   PN6126
XXXXXXXXXXXX7007

52 S DUPONT HY
NEW CASTLE     DE
         $.00    SEQ#7331
    INVALID CARD.
  PLEASE CONTACT YOUR
  FINANCIAL INSTITUTION

**50¢ Off**
Any Wawa
Hot-To-Go
Bowls
Expiration 3 31/05

12. The Plaintiffs spoke with two of the Representatives in which one of the representative was named Pat. The Plaintiffs asked the representative who gave the bank authorization to allowed the transaction to go threw and how can they debit a consumer account when $5,652.95 was never in the account. The representatives did not give any explanation except that the account was flag and should not have been debited to the Plaintiffs checking account in the amount $5,652.95. See Exhibit-C

13. The Defendants told the Plaintiffs to write a dispute letter. The Plaintiff ask the Defendants, how can you allow a debit transaction to a checking account of a large sum of $5,652.95 dollars against the Plaintiffs checking account and not a credit card. The Defendants assured the Plaintiffs that the problem would be immediately corrected. The Defendants told the Plaintiffs that they would need a dispute letter from the Plaintiffs.

14. On or around February 28, 2004 the Plaintiffs gave a copy of the dispute letter to the Defendants for the dispute. The Plaintiffs inform the Defendants that they would not be responsible for any return checks or over draft fees. The Defendants took the dispute copy and told the Plaintiffs that they could not do anything for the Plaintiffs. The Plaintiffs then asked the Defendants what was the purpose of taking out their time to type up the dispute letter if they knew it would not do any good. See Exhibit-D

15. The Plaintiffs believed and relied on the Defendants statements that the account was indeed flag back in December 28, 2004 and that the Defendants would do everything to help and protect the

16. The Plaintiffs continue to receive NSF return checks notices and over draft fees. The Plaintiffs became sick and began to have migraine headaches worrying how the bills was going to be paid because of what the Defendants had done.

17. Because the Defendants intentionally and knowingly misrepresented the facts about the Plaintiffs checking account, the Plaintiffs was seriously harmed. The Plaintiffs had no knowledge of any large amount to the debit account in the amount of $5,652.95. The Defendants had superior knowledge.

## CAUSES OF ACTION

## COUNT -I

## BREACH OF CONTRACT

The Plaintiffs hereby incorporates each and every allegation and make part hereof Paragraphs 1-17.

18. The Defendants had a fiduciary obligation to the Plaintiffs to protect their account with care and to not allow any transaction that were not given any authorization. The Defendants never gave the Plaintiffs any notice of any kind.

19. That the Plaintiffs did everything to prevent injustice to their account by immediately contacting the Federal Credit Union.

20. The Defendants fail to perform as required by Federal Laws. The Defendants did not use reasonable care to protect the Plaintiffs.

21. Because of the Breach of Contract the Defendants have caused the Plaintiffs considerable Financial harm and hardship.

4

## COUNT- II

## FRAUD

### INTENTIONAL MISREPRESENTATION

The Plaintiffs hereby incorporates each and every allegation and make a part hereof Paragraphs 1-21.

22. The Defendants was aware or should have been aware of the fact that the business Transaction was not authorize by the Plaintiffs.

23. The Defendant knowingly and intentionally made the following misrepresentations, that The account was indeed flag and the merchant Hertz Rental Corporation was not able to debit The Plaintiffs account.

24. The Plaintiffs had no reason not to believe the Defendants and relied on the Defendants statements after all the Defendants had superior knowledge. The Plaintiffs had no way of what the Defendants had done.

25. Because of the Statements and acts the Defendants incurred harm and financial hardship. The Plaintiffs have checks bouncing and over draft fees and gotten behind with their creditors.

## COUNT III

### INTENTIONAL EMOTIONAL DISTRESS

Plaintiffs hereby reallege and incorporate each and every allegations and make a part hereof Paragraphs hereof 1-25.

26. The Defendants continue to mislead the Plaintiffs that the account would taken care of and to bring a dispute letter, only to continue to mislead the Plaintiffs.

27. Because of the false statements to the Plaintiffs and allowing a fraudulent debit on the Plaintiffs account the Plaintiffs was seriously harmed.

28. The Defendants intentionally and knowingly disburse $5,652.95 and knew that the Plaintiffs never had said funds in account.

29. The Defendants never sent any notices to inform the Plaintiffs of any kind of large transaction in the amount of $5,652.95.

30. The Plaintiffs was harmed from this fraudulent transaction. The Plaintiffs had many sleepless Nights, anxiety and migraine headaches from trying to continue to pay their bills.

WHEREFORE, the Plaintiff prays that the honorable court will grant a Jury Trial on the Merit of this case. The Plaintiffs are seeking interest according to law; cost and fees incurred within; Compensatory Damages and Punitive Damages to deter the Defendants from this kind of Unprofessional behavior towards another consumer and / or customer in the future. This law suit Is in the public interest.

**PLAINTIFFS DEMAND JURY TRIAL**

Respectfully Submitted,

*/s/ Veronica A. Hornbuckle*
Veronica A. Hornbuckle

*/s/ Antonio Smith*
Antonio Smith

## CERTIFICATION

I hereby certify that this is a true and correct copy of the foregoing to the Defendants Federal Bank Credit Union located at 1815 Newport Gap Pike Wilmington, Delaware and to the honorable courts on this ___10___ day of ___March___ 2005.

*Veronica A. Hornbuckle*
Veronica A. Hornbuckle
27 Gershwin Circle
Newark, Delaware 19702

*Antonio Smith*
Antonio Smith
27 Gershwin Circle
Newark, Delaware 19702

8