AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 140

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__3/10/05__  
(Date forms issued)

__Antonio Smith__  
(Signature of Party or their Representative)

__Antonio Smith__  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action