IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTONIO SMITH and<br>VERONICA A. HORNBUCKLE | : | C.A. No.    05-140 |
| Plaintiffs, | : | |
| v. | : | JURY TRIAL DEMANDED |
| DELAWARE FIRST FEDERAL<br>CREDIT UNION | : | |
| Defendant. | : | |

**DEFENDANT, DELAWARE FIRST FEDERAL CREDIT UNION'S,
MOTION TO DISMISS**

Defendant, Delaware First Federal Credit Union, hereby moves to dismiss the Complaint filed against it pursuant to Fed. R. Civ. P. 12(b)(1) for the reasons set forth in its accompanying Opening Brief in support of this Motion.

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6706
Facsimile: (302) 576-3442
E-Mail: sreidenberg@ycst.com

*Attorneys for Defendant Delaware First
Federal Credit Union*

Dated: March 30, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTONIO SMITH and<br>VERONICA A. HORNBUCKLE     :<br>    :<br>    Plaintiffs,    :<br>    :<br>v.    :<br>    :<br>DELAWARE FIRST FEDERAL    :<br>CREDIT UNION    :<br>    :<br>    Defendant.    : | C.A. No.   05-140<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

Defendant, Delaware First Federal Credit Union's, Motion to Dismiss having been duly presented and heard by the Court;

IT IS NOW, this ____ day of _____ 2005, HEREBY ORDERED that said Motion to Dismiss is GRANTED.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, I electronically filed a true and correct copy of the Defendant Delaware First Federal Credit Union's Motion to Dismiss and Proposed Order with the Clerk of the Court using CM/ECF.

I hereby certify that on March 30, 2005, I mailed by United States Postal Service, the same to the following non-registered participants:

Antonio Smith
Veronica A. Hornbuckle
27 Gershwin Circle
Newark, DE 19702

_____
Seth J. Reidenberg, Esquire (No. 3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6706
Facsimile: (302) 576-3442
E-Mail: sreidenberg@ycst.com

*Attorneys for Defendant Delaware First Federal Credit Union*