FILED
JUL -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTONIO SMITH and
VERONICA A. HORNBUCKLE

CASE NO. 05-140 JJF

Vs.

FIRST AMENDMENT
COMPLAINT

DELAWARE FIRST
FEDERAL CREDIT UNION
_____/

### FIRST AMENDMENT CIVIL COMPLAINT

### And DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs sue and file this first amendment civil complaint for

Their cause of action against the Defendants Alleges and state as follows;

### ALLEGATIONS COMMON TO ALL CAUSE OF ACTION

1. This law suit is a cause of action for violation of the Fourteen Amendment

Of the United States Constitution (Due Process), Breach of Contract

(Breach of Duty), Intentional Misrepresentation (Fraud) and Intentional

Emotional Distress (Pain and Suffering).

2. That the Plaintiffs sue the Defendants for $250,000.00 in U.S. Currency

For Compensatory and Punitive Damages to be determine at jury trial.

### II.JURISDICTION

3. That the Plaintiffs resident is located at 27 Gershwin Circle Newark,

Delaware. That the Defendants are a Federal Bank Credit Union doing business

At 1815 Newport Gap Pike Wilmington, Delaware. That this court has

Jurisdiction and therefore will be heard before this honorable court.

1

## III. GENERAL ALLEGATIONS

4. On or around December 28, 2004 the Plaintiffs went to fill out legal documents to not authorize Hertz Corporation to ceased any debit transaction on card based being replace by another card.

5. The representative had the Plaintiffs to sign the Legal documents and told them that the account was flag and everything was ok.

6. The Plaintiffs left under the impression that there should not be any transactions allowed on the debit card on that particular debit card from this merchant.

7. From December 29, 2004 thru January 2005, there was no transaction from said merchant HertzCorp.

8. On or around February 11, 2005 merchant Hertz rental car submit to the Plaintiff debit card in the Amount of $5652.95 with out the Plaintiffs authorization or knowledge. See Exhibit- A

9. Delaware First Federal Credit Union never inform or sent any notices of this extremely large transaction amount to the Plaintiffs and intentionally and knowingly cover up the transaction. Plaintiffs did not have said amount in the account and was unaware of what had happened.

10. On or around February 24, 2005 the Plaintiffs went to make a withdrawal from said account with debit card and was advised to see financial institution. See Exhibit-B

11. On or around February 25, 2005 the Plaintiffs went to cash a check and was inform by the bank teller that the account was overdrawn by $5,652.95. The Plaintiffs was immediately in shock and was traumatize because the Plaintiffs had written previous checks to pay some bills.

Exhibit -A

| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/23/2005 | 02/22/2005 | 10:27 | 931 | 570 | 9010 | 546 | (30.00) | (90.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/23/2005 | 02/22/2005 | 10:27 | 992 | 570 | 9010 | 550 | (30.00) | (120.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/11/2005 | 06:59 | 934 | 371 | 9010 | 506535 | (5,532.95) | (5,652.95) |
| Electronic Withdrawal - HERTZ RENT-A-CAR MIAMI FL27763019 (STMT KEY = 88888888) | | | | | | | | Regulation E |
| 02/24/2005 | 02/11/2005 | 06:59 | 935 | 570 | 9010 | | (30.00) | (5,682.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/23/2005 | 03:12 | 936 | 570 | 9010 | 554 | (30.00) | (5,712.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | |
| 02/24/2005 | 02/25/2005 | 18:52 | 937 | 530 | 9012 | 27895090 | 749.17 | (4,963.78) |
| ACH Deposit - 01GENERAL MOTORS (STMT KEY = 00000100) | | | | | | | | Regulation E |

Exhibit-B


PNCBANK

SAVE $$$ AT WAWA
NO ATM SURCHARGE
BANKS FEES MAY APPLY

022405  0638PM  PN6126
XXXXXXXXXXXX7007

.52 S DUPONT HY
NEW CASTLE    DE
        $.00  SEQ#7331
   INVALID CARD.
  PLEASE CONTACT YOUR
  FINANCIAL INSTITUTION

**50¢ Off**
Any Wawa
Hot-To-Go
Bowls
Expiration 3-31/05

12. The Plaintiffs spoke with two of the Representatives in which one of the representative was named Pat. The Plaintiffs asked the representative who gave the bank authorization to allowed the transaction to go threw and how can they debit a consumer account when $5,652.95 was never in the account. The representatives did not give any explanation except that the account was flag and should not have been debited to the Plaintiffs checking account in the amount $5,652.95. See Exhibit-C

13. The Defendants told the Plaintiffs to write a dispute letter.  The Plaintiff ask the Defendants, how can you allow a debit transaction to a checking account of a large sum of $5,652.95 dollars against the Plaintiffs checking account and not a credit card. The Defendants assured the Plaintiffs that the problem would be immediately corrected. The Defendants told the Plaintiffs that they would need a dispute letter from the Plaintiffs.

14. On or around February 28, 2004 the Plaintiffs gave a copy of the dispute letter to the Defendants for the dispute. The Plaintiffs inform the Defendants that they would not be responsible for any return checks or over draft fees. The Defendants took the dispute copy and told the Plaintiffs that they could not do anything for the Plaintiffs. The Plaintiffs then asked the Defendants what was the purpose of taking out their time to type up the dispute letter if they knew it would not do any good. See Exhibit-D

Exhibit-C

| Acct# 80457 | | | | | | Member VERONICA A HORNBUCKLE, 1540345 | | | 2/25/2005 Page 1 of 1 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Current Balance | -4,963.78 | | | |
| Tran Date | Eff Date | Time | Seq | TX# | Tlr# | Trace Nbr | Draft/Auth # | Div Paid | Bal Change | New Balance  Ind |
| 02/23/2005 | 02/22/2005 | 10:27 | 990 | 570 | 9010 | | 552 | | (30.00) | (60.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | | | |
| 02/23/2005 | 02/22/2005 | 10:27 | 991 | 570 | 9010 | | 546 | | (30.00) | (90.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | | | |
| 02/23/2005 | 02/22/2005 | 10:27 | 992 | 570 | 9010 | | 550 | | (30.00) | (120.00) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | | | |
| 02/24/2005 | 02/11/2005 | 06:59 | 994 | 371 | 9010 | | 606535 | | (5,532.95) | (5,652.95)  E |
| Electronic - Withdrawal - HERTZ RENT-A-CAR MIAMI FL27753019 (STMT KEY = 99999999) | | | | | | | | | | Regulation E |
| 02/24/2005 | 02/11/2005 | 06:59 | 995 | 570 | 9010 | | | | (30.00) | (5,682.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | | | |
| 02/24/2005 | 02/23/2005 | 09:12 | 996 | 570 | 9010 | | 554 | | (30.00) | (5,712.95) |
| Fee Assessed - NON SUFFICIENT FUNDS (STMT KEY = 00001000) | | | | | | | | | | |
| 02/24/2005 | 02/25/2005 | 18:52 | 997 | 590 | 9012 | 27895090 | | | 749.17 | (4,963.78)  E |
| ACH Deposit - 01GENERAL MOTORS (STMT KEY = 00000100) | | | | | | | | | | Regulation E |

Exhibit -D

Ms. Veronica A. Hornbuckle
Mr. Antonio Smith
27 Gershwin Circle
Newark, Delaware 19702

February 28, 2005

Delaware First
Federal Credit Union
1815 Newport Gap Pike
Welmington, De 19808-6241

      Re: In re: Veronica A. Hornbuckle
           Antonio Smith
           Acct no. 80457, 88708 and 88351

Dear Management,

We are disputing the transaction that took place on February 11, 2005 by merchant Hertz car rental Corporation. Hertz rental Corporation was aware and was told not to use the account because the card was misplaced and we had put a flag on the card on December 28, 2004.

We are disputing this transaction because no one from Hertz Corporation did not get any authorization pertaining to a bill or debit amount of $5,652.95 to be debit to our account. This is fraud by Hertz rental car and by the Delaware First Credit Union by allowing this merchant to debit this account on February 11, 2005 for the amount $5,652.95. This transaction should have never been approved by Delaware First Credit Union.

Please be advised that we will not be responsible for any over drafts or return items on this account. **PLEASE GOVERN YOURSELF ACCORDINGLY.**

                                            Very Truly Yours,

                                            Veronica A. Hornbuckle

                                            Antonio Smith

15. The Plaintiffs believed and relied on the Defendants statements that the Account was indeed flag back in December 28, 2004 and that the Defendants Would do everything to help and protect the Plaintiffs account.

16. The Plaintiffs continue to receive NSF return checks notices and over Draft fees. The Plaintiffs became sick, began to have migraine headaches And loss of sleep. The Plaintiffs start worrying their bills was going to be paid Because of what the Defendants had done.

17. The Defendants never gave the Plaintiffs any notice of any transaction On February 11, 2005 and took it upon themselves to debit the account of $5,652.95 and did not send the Plaintiffs any notices or advised the Plaintiffs That a large debit transaction had taken place.

18. The Defendants intentionally told the Plaintiffs to submit a letter of dispute And knowing that the Defendants had no intention of doing anything about the Problem.

19. The Defendants intentionally and knowingly misrepresented the facts and Cover up the large transaction in February to the Plaintiffs checking account in The amount of $5,652.95. The Defendants had superior knowledge.

20. Because of the Defendants not sending any notices or advised the Plaintiffs Of what had happen and mislead statements the Plaintiffs incurred harmed From the Defendants.

## CAUSES OF ACTION

## COUNT- I

## VIOLATION OF FOURTEENTH AMENDMENT

The Plaintiffs hereby incorporates each and ever allegation and part hereof Paragraphs 1-20.

21. The Defendants had an obligation to notify the Plaintiffs of any transaction That occurs with the Plaintiffs checking account.

22. That Defendants should have immediately contact or inform the Plaintiffs Of a large transaction on February 11, 2005

23. The Plaintiffs never gave authorization for the amount of $5,652.95. Upon Discovery the Plaintiff did everything to prevent injustice to their account by Immediately contacting the Federal Credit Union.

24. The Defendants fail to protect the Plaintiffs as required by state and federal Laws. The Defendants did not use reasonable care to protect the Plaintiffs Account

25. Because of not properly notifying the Defendants have caused the Plaintiff's considerable financial harm and hardship.

## COUNT II

## BREACH OF CONTRACT

The plaintiffs hereby incorporates each and every allegation and make part hereof Paragraphs 1-25.

26. The Defendants had a fiduciary obligation to the Plaintiffs to protect their account With care and not allow any transaction that were not given any authorization. The Defendants never gave the Plaintiffs any notice of any kind.

27. That the Plaintiffs did everything to prevent injustice to their account by immediately Contacting Delaware First Credit Union.

28. The Defendants fail to perform as required by Federal Laws. The Defendants did not Use reasonable care.to protect the Plaintiffs.

29. Because of the breach of contract the Defendants have caused the Plaintiffs Considerable financial harm and hardship.

## COUNT- III

## FRAUD

## INTENTIONAL MISREPRESENTATION

The Plaintiffs hereby incorporates each and every allegation and make a part hereof Paragraphs 1-29

30. The Defendants was aware or should have been aware of the fact that the business Transaction was not authorized by the Plaintiffs.

31. The Defendants knowingly and intentionally that the account was indeed flag and That the merchant Hertz Rental Corporation was not able to debit the Plaintiffs.

32. The Defendant then told the Plaintiffs to bring in a letter to dispute the Transaction And that would be the only way to stop the transaction.

33. The Plaintiffs had no reason not to believe the Defendants and relied on the Defendant's statements, after all the Defendants had superior knowledge. The Plaintiffs Had no way of knowing what the Defendants had planned or done.

34. Because of the statement and acts the Defendants incurred harm and financial Hardship. The Plaintiffs have checks bouncing and over draft fees and gotten behind With bills and creditors.

## COUNT -I V

### INTENTIONAL EMOTIONAL DISTRESS

Plaintiffs hereby reallege and incorporate each and every allegation and make a part Hereof Paragraphs hereof 1-34.

34. The Defendants continue to mislead the Plaintiffs that the account would taken care Of and to bring a dispute letter, only to continue to mislead the Plaintiffs.

35. Because of the false statement to the Plaintiffs and allowing afraudulent debit on the Plaintiffs account the Plaintiffs was seriously harmed.

36. The Defendants intentionally and knowingly disburse $5,652.95 and knew that the Plaintiffs never had said funds in the account.

37. The Defendants never sent any notices and had no intention of informing the Plaintiffs about transaction that took place on February 11, 2005 in the amount of $5,652.95.

38. The Plaintiffs was harmed from this unprofessional and fraudulent transaction. The Plaintiffs had many sleepless nights, anxiety and migrain headaches from trying to Continue to pay their bills.

8

WHEREFORE, the prays that the honorable court will grant a Jury Trial on the merit Of this case. The Plaintiffs are seeking interest according to law; cost and fees incurred Within; Compensatory Damages and Punitive Damages to deter the Defendants from this Kind of Unprofessional behavior towards another consumer and /or customers in the Future. This law suit is in the public interest.

**PLAINTIFFS DEMAND JURY TRIAL**

Respectfully Submitted,

_____
Veronica A. Hornbuckle

_____
Antonio Smith

9

## CERTIFICATION

I hereby certify that this is a true and correct copy of the following to the Defendants Attorney Seth J. Reidenberg / YOUNG CONWAY STRARGATT & TAYLOR, LLP Located at the Brandywine Building 1000 West Street, 17th Floor, Wilmington, Delaware 19801 and to the honorable courts on this _____8_____ day of _Sr/y_ 2005.

*Veronica A. Hornbuckle*
Veronica A. Hornbuckle
27 Gershwin Circle
Newark, Delaware 19702

*Antonio Smith*
Antonio Smith
27 Gershwin Circle
New, Delaware 19702

10