# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTONIO SMITH and<br>VERONICA A. HORNBUCKLE | : | C.A. No.      05-140 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| DELAWARE FIRST FEDERAL<br>CREDIT UNION | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT, DELAWARE FIRST FEDERAL CREDIT UNION'S, MOTION TO DISMISS

Defendant, Delaware First Federal Credit Union, hereby moves to dismiss the

First Amended Complaint filed against it pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P.

12(b)(1) for the reasons set forth in its accompanying Opening Brief in support of this Motion.

_____
Seth J. Reidenberg, Esquire (No.3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6706
Facsimile:   (302) 576-3442
E-Mail:  sreidenberg@ycst.com

*Attorneys for Defendant Delaware First*
*Federal Credit Union*

Dated: August 5, 2005