IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTONIO SMITH and<br>VERONICA A. HORNBUCKLE :<br>:<br>Plaintiffs,           :<br>:<br>v.                        :<br>:<br>DELAWARE FIRST FEDERAL :<br>CREDIT UNION         :<br>:<br>Defendant.           : | C.A. No.   05-140<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

Defendant, Delaware First Federal Credit Union's, Motion to Dismiss having been duly presented and heard by the Court;

IT IS NOW, this ____ day of _____ 2005, HEREBY ORDERED that said Motion to Dismiss is GRANTED.

_____
U.S.D.J.