## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I electronically filed a true and correct copy of the Defendant Delaware First Federal Credit Union's Motion to Dismiss and Proposed Order with the Clerk of the Court using CM/ECF.

I hereby certify that on August 5, 2005, I mailed by United States Postal Service, the same to the following non-registered participants:

Antonio Smith
Veronica A. Hornbuckle
27 Gershwin Circle
Newark, DE 19702

Seth J. Reidenberg, Esquire (No.3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6706
Facsimile: (302) 576-3442
E-Mail: sreidenberg@ycst.com

*Attorneys for Defendant Delaware First Federal Credit Union*