## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I electronically filed a true and correct copy of the Defendant Delaware First Federal Credit Union's Opening Brief in Support of the Motion to Dismiss with the Clerk of the Court along with this Certificate of Service using CM/ECF.

I hereby certify that on _August 5_, 2005, I mailed by United States Postal Service, the same to the following non-registered participants:

Antonio Smith
Veronica A. Hornbuckle
27 Gershwin Circle
Newark, DE  19702

_____
Seth J. Reidenberg, Esquire (No.3657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6706
Facsimile:   (302) 576-3442
E-Mail:  sreidenberg@ycst.com

*Attorneys for Defendant Delaware First Federal Credit Union*