OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: August 12, 2005

TO: Seith Reidenberg

RE: CA# 05-140   CASE CAPTION: Smith v. DE 1st Fed.

DOCUMENT TITLE: D.I. #6 Brief

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

- [x] Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).
- [ ] Courtesy copy not received by next business day.
- [ ] Redacted copy of sealed document not received within 5 business days.
- [ ] Pro Hac Vice fee not yet paid.
- [ ] The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.
- [ ] Certificate of Service not included with the document.
- [ ] Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.
- [ ] 7.1.1 statement required with non-dispositive motions was not included with the document.
- [ ] Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.
- [ ] Brief exceeds the page limitations _____.
- [ ] Brief does not include a paginated table of contents/citations.
- [ ] Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.
- [ ] Document not in PDF format. Provide disk/CD with document in PDF format.
- [ ] Document not readable in PDF reader, or [ ] appears to be missing pages.
- [ ] Other: _____

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

*Evette Watson*
Deputy Clerk

(Rev. 5/05)