

### IN THE UNITED STATES DISTICT COURT
### FOR THE DISTRICT OF DELAWARE

ANTONIO SMITH and
VERONICA A. HORNBUCKLE

CASE NO.05-140 **JJF**

Vs.

MOTION FOR
SUMMARY JUDGEMENT

DELAWARE FIRST
FEDERAL CREDIT UNION
_____/

### MOTION FOR SUMMARY JUDGEMENT

COMES NOW, the Plaintiffs file this motion for Summary Judgement from

Their cause of action civil complaint against the Defendants and state as follows:

1. Pursuant F. Rule 56 (a) and (c) That the Plaintiffs file this complaint on or

around March 10, 2005

Against the Defendants. See Exhibit-A.

2. The Defendants did not file an answer. The Defendants file a motion to

Dismiss for lack of jurisdiction was entered on March 30, 2005. See Exhibit-B

3. On or around March 30, 2005 the Defendants file another motion to dismiss

For lack of jurisdiction over the subject matter.See Exhibit-C

4. On or around July 8, 2005 the Plaintiffs file their First Amendment civil

Complaint. See Exhibit-D

EXHIBIT - A

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | ●1 | COMPLAINT filed with Jury Demand against Delaware First Federal Credit Union - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138431.) - filed by Antonio Smith, Veronica A. Hornbuckle. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form # 3 Acknowledgement of Rule 4)(mwm, ) (Entered: 03/11/2005) |

https://ecf.ded.circ3.dcn/cgi-bin/DktRpt.pl?618862818729685-L_280_0-1                10/12/2005

EXHIBIT-B

| | | |
|---|---|---|
| 03/11/2005 | | Summons Issued as to Delaware First Federal Credit Union on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/30/2005 | 2 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 03/30/2005 | 3 | OPENING BRIEF in Support re 2 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 4/13/2005. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 07/08/2005 | 4 | FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL against Delaware First Federal Credit Union- filed by Antonio Smith, Veronica A. Hornbuckle.(afb, ) (Entered: 07/11/2005) |
| 08/05/2005 | 5 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate of Service for Motion to Dismiss)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 8/19/2005. (Attachments: # 1 Exhibit Exhibits A through E to Opening Brief# 2 Affidavit Certificate of Service to Opening Brief)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/10/2005 | 7 | DEFICIENCY NOTICE by the Court issued to Seth Reidenberg re 6 Opening Brief in Support, 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. rmks: Courtesy Copy needed. (afb, ) (Entered: 08/11/2005) |
| 08/12/2005 | 8 | DEFICIENCY NOTICE by the Court issued to Seith Reidenberg re 6 Opening Brief in Support. Rmks: Copy must be properly bound. (afb, ) (Entered: 08/15/2005) |

ECF LIVE - U.S. District Court:ded - Docket Report   Page 2 of 2
Case 1:05-cv-00140-JJF   Document 9   Filed 10/14/2005   Page 4 of 11
EXHIBIT-C

| | | |
|---|---|---|
| 03/11/2005 | | Summons Issued as to Delaware First Federal Credit Union on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/30/2005 | 2 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 03/30/2005 | 3 | OPENING BRIEF in Support re 2 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 4/13/2005. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 07/08/2005 | 4 | FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL against Delaware First Federal Credit Union- filed by Antonio Smith, Veronica A. Hornbuckle.(afb, ) (Entered: 07/11/2005) |
| 08/05/2005 | 5 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate of Service for Motion to Dismiss)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 8/19/2005. (Attachments: # 1 Exhibit Exhibits A through E to Opening Brief# 2 Affidavit Certificate of Service to Opening Brief)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/10/2005 | 7 | DEFICIENCY NOTICE by the Court issued to Seth Reidenberg re 6 Opening Brief in Support, 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. rmks: Courtesy Copy needed. (afb, ) (Entered: 08/11/2005) |
| 08/12/2005 | 8 | DEFICIENCY NOTICE by the Court issued to Seith Reidenberg re 6 Opening Brief in Support. Rmks: Copy must be properly bound. (afb, ) (Entered: 08/15/2005) |

EXHIBIT-D

| | | |
|---|---|---|
| 03/11/2005 | | Summons Issued as to Delaware First Federal Credit Union on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/30/2005 | 2 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 03/30/2005 | 3 | OPENING BRIEF in Support re 2 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 4/13/2005. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 07/08/2005 | 4 | FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL against Delaware First Federal Credit Union- filed by Antonio Smith, Veronica A. Hornbuckle.(afb, ) (Entered: 07/11/2005) |
| 08/05/2005 | 5 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate of Service for Motion to Dismiss)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 8/19/2005. (Attachments: # 1 Exhibit Exhibits A through E to Opening Brief# 2 Affidavit Certificate of Service to Opening Brief)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/10/2005 | 7 | DEFICIENCY NOTICE by the Court issued to Seth Reidenberg re 6 Opening Brief in Support, 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. rmks: Courtesy Copy needed. (afb, ) (Entered: 08/11/2005) |
| 08/12/2005 | 8 | DEFICIENCY NOTICE by the Court issued to Seith Reidenberg re 6 Opening Brief in Support. Rmks: Copy must be properly bound. (afb, ) (Entered: 08/15/2005) |



5. On or around August 8, 2005 the Defendants file a third motion to dismiss For failue to state a claim and for lack of jurisdiction over the subject matter. See Exhibit-E

6. On or around August 10, 2005 the honorable court issued a deficiency notice To the Defendants attorney. Entered August 11, 2005. See Exhibit-F

7. On or around October 14, 2005 the Plaintiffs file for a Summary Judgement Against the Defendants.

8. The Defendants have had ample time to file an aswer and it has been well over Thirty days. This case is a Prima Facie Case against the Defendants.

9. That the Defendants have not filed any answers to the civil complaint. And That the Defendants have had ample time to file an answer to the complaint.

10. It is a matter of law that the Plaintiffs are entitle to a Summary Judgement In this civil complaint against the Defendants.

WHERFORE, the Plaintiffs pray that the honorable court will grant this motion For a Summary Judgement against the Defendants for the full amount of $250,000.00 In U.S DOLLARS to deter the Defendants from this kind of unprofessional behavior And misleading statements to the Plaintiffs and to other consumers in the future.

Respectfully Submitted,

Veronica A. Hornbuckle

Antonio Smith

ECF LIVE - U.S. District Court:ded - Docket Report    Page 2 of 2
Case 1:05-cv-00140-JJF    Document 9    Filed 10/14/2005    Page 7 of 11
EXHIBIT E

| | | |
|---|---|---|
| 03/11/2005 | | Summons Issued as to Delaware First Federal Credit Union on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/30/2005 | 2 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 03/30/2005 | 3 | OPENING BRIEF in Support re 2 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 4/13/2005. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 07/08/2005 | 4 | FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL against Delaware First Federal Credit Union- filed by Antonio Smith, Veronica A. Hornbuckle.(afb, ) (Entered: 07/11/2005) |
| 08/05/2005 | 5 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate of Service for Motion to Dismiss)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 8/19/2005. (Attachments: # 1 Exhibit Exhibits A through E to Opening Brief# 2 Affidavit Certificate of Service to Opening Brief)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/10/2005 | 7 | DEFICIENCY NOTICE by the Court issued to Seth Reidenberg re 6 Opening Brief in Support, 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. rmks: Courtesy Copy needed. (afb, ) (Entered: 08/11/2005) |
| 08/12/2005 | 8 | DEFICIENCY NOTICE by the Court issued to Seith Reidenberg re 6 Opening Brief in Support. Rmks: Copy must be properly bound. (afb, ) (Entered: 08/15/2005) |



EXHIBIT - F

| | | |
|---|---|---|
| 03/11/2005 | | Summons Issued as to Delaware First Federal Credit Union on 3/10/2005. (mwm, ) (Entered: 03/11/2005) |
| 03/16/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 03/16/2005) |
| 03/30/2005 | 2 | MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 03/30/2005 | 3 | OPENING BRIEF in Support re 2 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 4/13/2005. (Reidenberg, Seth) (Entered: 03/30/2005) |
| 07/08/2005 | 4 | FIRST AMENDED CIVIL COMPLAINT AND DEMAND FOR JURY TRIAL against Delaware First Federal Credit Union- filed by Antonio Smith, Veronica A. Hornbuckle.(afb, ) (Entered: 07/11/2005) |
| 08/05/2005 | 5 | MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Delaware First Federal Credit Union. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Certificate of Service for Motion to Dismiss)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/05/2005 | 6 | OPENING BRIEF in Support re 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Delaware First Federal Credit Union.Answering Brief/Response due date per Local Rules is 8/19/2005. (Attachments: # 1 Exhibit Exhibits A through E to Opening Brief# 2 Affidavit Certificate of Service to Opening Brief)(Reidenberg, Seth) (Entered: 08/05/2005) |
| 08/10/2005 | 7 | DEFICIENCY NOTICE by the Court issued to Seth Reidenberg re 6 Opening Brief in Support, 5 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter. rmks: Courtesy Copy needed. (afb, ) (Entered: 08/11/2005) |
| 08/12/2005 | 8 | DEFICIENCY NOTICE by the Court issued to Seith Reidenberg re 6 Opening Brief in Support. Rmks: Copy must be properly bound. (afb, ) (Entered: 08/15/2005) |

## CERTIFICATION

I certify that this is a true and correct copy of the foregoing and that a copy will

Be sent to the Defendants attorney Seth J. Reidenberg/ YOUNG CONWAY

STRARGATT & TAYLOR, LLP located at the Brandywine Building 1000 West, 17 Floor

Wilmington, Delaware 19801 and the honorable courts on this _14_ day _October_ 2005.

*Veronica A. Hornbuckle*
Veronica A. Hornbuckle

*Antonio Smith*
Antonio Smith
27 Gershwin Circle
New, Delaware 19702

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTONIO SMITH and
VERONICA A. HORNBUCKLE            CASE NO. 05-140

Vs.                               MEMORANDUM
                                  OF CASE
DELAWARE FIRST
FEDERAL CREDIT UNION
_____/

## MEMORANDUM

## HISTORY OF CASE

On or around December 28, 2004 the Plaintiffs fill out legal documents to Not authorize Hertz Corporation to ceased any debit transaction on card based on being Replace by another card. The Plaintiffs were under the impression that everything was Taken care of, after all there was no transaction from December 29, 2005 thru January 2005.

On or around February 11, 2005 the Defendants allowed Hertz Corporation To debit a very large transaction of $5,652.95 dollars to be debited to the Plaintiffs Closed account. The Defendants never sent any notices or call to inform the Plaintiffs Of what had taken place on the Plaintiffs closed account.

On or around February 28, the Plaintiffs submitted a letter disputing the transaction On February 11, 2005 in the amount of $5,652.95. The Defendants told and advised the Plaintiffs that they needed this letter for the dispute. It was later that the Plaintiffs found

1

That the Defendants told them that it did not matter if they wrote a letter to dispute the Transaction and that the account will remain open.

Because the Defendants did not closed the account after the Plaintiffs had signed The legal documents for the account to be closed, the Plaintiffs were being charge NSF Return checks notices and over draft fees. The Defendants intentionally told the Plaintiffs To bring in a dispute letter and knowing that the Defendants had no intentions of doing Anything about the serious problem.

The Defendants intentionally and knowingly misrepresented the facts and cover Up the large transaction on February 11, 2005. Because of the Defendants unprofessional Business practices of not sending proper notices or calling to advised the Plaintiffs of What had happen and mislead statements the Plaintiffs incurred harmed from the Defendants.

The Plaintiffs had no other alternative to defend their rights, except to file a law Suit against the Defendants to deter them from this kind of unprofessional business Practice toward other consumers.