IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTONIO SMITH and VERONICA :
A. HORNBUCKLE, :
:
    Plaintiffs, :
:
v. : Civil Action No. 05-140-JJF
:
DELAWARE FIRST FEDERAL :
CREDIT UNION, :
:
    Defendants. :

### ORDER

At Wilmington, the 25 day of October 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant, Delaware First Federal Credit Union's, Motion To Dismiss Plaintiffs' First Amended Complaint (D.I. 5) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE